UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KENT J. KLAWER, | CV 2:08-cv-04991-LLP-AJW |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SMI LIQUIDATING, INC., f/k/a Sorensen Medical, Inc., a Utah Corporation; HOSPIRA, INC., a Delaware Corporation; and ABBOTT LABORATORIES, an Illinois Corporation, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Notice of Dismissal, Doc. 164, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 16th day of August, 2013.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge